THE MOORE LAW TEAM
Thomas E. Moore III (115107)
Nicole V. Economou (154485)
neconomou@moorelawteam.com
228 Hamilton Ave., Third Fl.
Palo Alto, CA 94301
Telephone:  650.798.5351
Facsimile:  650.798.5001

Attorneys for Defendants Frank Dileo,
 Dileo Entertainment, Inc., and
Dileo Entertainment Group – Touring, Inc.



6/14/2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

CITY OF SUMMERSIDE, Prince Edward Island, Canada

                Plaintiff(s),

    v.

KATRINA BERG SUSSMEIER, FRANK DILEO, MARK LAMICA, QUINCY KRASHNA, as individuals, STARLINK PRODUCTIONS, LLC, STARLINK PRODUCTIONS, INC.; DLM MANAGEMENT GROUP, INC.; DILEO ENTERTAINMENT, INC.; DILEO LAMICA MANAGEMENT GROUP; DLM GROUP

              Defendant(s).

CASE NO. CV-11-00338-EJD

STIPULATION FOR EXTENSION OF TIME

      Plaintiff, City of Summerside, through its undersigned counsel in this action, Kendall Brill and Klieger, L.L.P., and Defendants Frank Dileo, Dileo Entertainment, Inc., and Dileo Entertainment Group – Touring, Inc. (incorrectly named in the Complaint as Dileo Entertainment & Touring, Inc.) by and through their undersigned counsel in this action, Thomas E. Moore III and Nicole V. Economou, hereby stipulate,  pursuant to Local Rule 6-1(a), to an extension of time until June 16, 2011, within which Defendants Frank Dileo, Dileo Entertainment, Inc. and Dileo Entertainment Group – Touring, Inc. shall answer or otherwise respond to the First Amended Complaint.  This extension will not alter the date of any event or any deadline already fixed by Court Order in this matter.

82605.1

Respectfully submitted,

Dated: June 9, 2011                    /s/ Nicholas F. Daum
                                       KENDALL BRILL & KLEIGER LLP
                                       By: Nicholas F. Daum (236155)
                                       Attorneys for Plaintiff

Dated: June 9, 2011                    /s/ Thomas E. Moore III
                                       Thomas E. Moore III
                                       Nicole V. Economou
                                       Attorneys for Defendants Frank Dileo, Dileo
                                       Entertainment, Inc. and Dileo Entertainment
                                       Group – Touring, Inc.

82605.1

| | |
|---|---|
| City of Summerside v. Sussmeier et al., | Case No. CCV-11-00338-JF |

### CERTIFICATE OF SERVICE

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is 228 Hamilton Avenue, Third Floor, Palo Alto, CA 94301.

On June 9, 2011, I served the following document(s):

**Stipulation for Extension of Time**

on the interested parties in this action addressed as follows:

| | |
|---|---|
| Nicholas F. Daum, Esq.<br>KENDALL BRILL & KLEIGER LLP<br>10100 Santa Monica Blvd., Suite 1725<br>Los Angeles, California 90067 | Attorney for Plaintiff City of Summerside.<br><br>FAX: 310.556.2705 |

[X] **BY MAIL**

    [ ] I deposited such envelope in the mail at Palo Alto, California. The envelope was mailed with postage thereon fully prepaid.

    [X] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Palo Alto, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE TRANSMISSION** pursuant to Rule 2008 of the California Rules of Court. A transmission report was properly issued by the sending facsimile machine, and the transmission was reported as complete and without error.

[ ] **BY FEDERAL EXPRESS**, OVERNIGHT, in accordance with the firm's practice under which it is picked up by a Federal Express representative from the firm on that same day.

[ ] **BY HAND:** I placed a true and correct copy thereof in a sealed envelope and instructed a messenger to hand deliver said envelope(s) to the address(es) noted above.

CERTIFICATE OF SERVICE

Executed on June 9, 2011 at Palo Alto, California.

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
Nicole Economou

CERTIFICATE OF SERVICE