1    KENDALL BRILL & KLIEGER LLP
      Bert H. Deixler (70614)
2    Nicholas F Daum (236155)
       *ndaum@kbkfirm.com*
3    10100 Santa Monica Blvd., Suite 1725
      Los Angeles, California  90067
4    Telephone: 310.556.2700
      Facsimile:  310.556.2705

5

6    Attorneys for Plaintiff City of Summerside

7

8                **UNITED STATES DISTRICT COURT**

9      **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

10

11

| | |
|---|---|
| CITY OF SUMMERSIDE, Prince Edward Island, Canada, | Case No. CV11-00338-EJD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND DEPOSITION DATE FOR KATRINA BERG SUSSMEIER, AND PAYMENT OF DEPOSITION COSTS** |
| v. | Hon. Edward J. Davila |
| KATRINA BERG SUSSMEIER, FRANK DILEO, MARK LAMICA, QUINCY KRASHNA, as individuals, STARLINK PRODUCTIONS, LLC, STARLINK PRODUCTIONS, INC.; DLM MANAGEMENT GROUP, INC.; DILEO ENTERTAINMENT & TOURING INC.; DILEO ENTERTAINMENT, INC.; DILEO LAMICA MANAGEMENT GROUP; DLM GROUP | Crtrm.:  1 |
| | Trial Date:        Not set |
| Defendants. | |

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

85775.1

CV11-00338-JF

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND DEPOSITION DATE FOR
KATRINA BERG SUSSMEIER, AND PAYMENT OF DEPOSITION COSTS

Plaintiff City of Summerside ("Summerside" or "the City") and Defendants Katrina Berg Sussmeier, StarLink Productions, LLC, and StarLink Productions, Inc., ("Sussmeier Defendants"), through their respective undersigned counsel, hereby stipulate and request entry of an order of the Court as follows:

WHEREAS, Summerside properly noticed a deposition of Katrina Berg Sussmeier, which was set for May 26, 2011;

WHEREAS, Ms. Sussmeier failed to appear for deposition on May 26, 2011, for reasons stated by her counsel at that deposition, including but not limited to ongoing settlement negotiations between the parties;

WHEREAS, Summerside contends that Ms. Sussmeier's failure to appear at the deposition was without legal justification, and the Sussmeier Defendants disagree;

WHEREAS, in exchange for payment of the reasonable costs and fees related to the deposition in the amount of $1,424.25 and Ms. Sussmeier's agreement to appear for a deposition before August 15, 2011, Summerside has agreed to forego making a motion to compel to this Court;

WHEREAS, on June 10, 2011, the Sussmeier Defendants filed a Motion to Dismiss pursuant to F.R.C.P. 12(b)(6), currently set for hearing on January 6, 2012 ;

WHEREAS, Summerside and the Sussmeier Defendants have agreed that Summerside may respond to the Sussmeier Defendants' Motion to Dismiss at any time prior to August 15, 2011;

NOW, THEREFORE, the Parties hereby agree and stipulate as follows:

1.     Katrina Berg Sussmeier shall appear for deposition at a place and time to be negotiated between the parties, on or before August 15, 2011.

2.     The Sussmeier Defendants shall pay to Summerside the amount of $1,424.24 by August 1, 2011, as full and complete reimbursement for the costs and fees incurred in connection with the May 26, 2011 deposition.

**Kendall Brill
& Klieger LLP**
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

85775.1                                    1                                    CV11-00338-JF
STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND DEPOSITION DATE FOR
KATRINA BERG SUSSMEIER, AND PAYMENT OF DEPOSITION COSTS

3.      Summerside's response to the motion to dismiss filed by the Sussmeier Defendants shall be due on or before August 15, 2011.

Dated:  June 20, 2011                    KENDALL BRILL & KLIEGER LLP


                                         By: /s/ _____
                                             Nicholas F. Daum
                                             Attorneys for Defendants Loring Ward,
                                             Inc. and Robert Philpott


Dated:  June 23, 2011                    CHRISTOPHERSON LAW OFFICES


                                         By: /s/ _____
                                             Ian Christopherson
                                             Attorneys for Defendants Katrina Berg
                                             Sussmeier, StarLink Productions, LLP and
                                             StarLink Productions, Inc.


# [PROPOSED] ORDER

1.      Katrina Berg Sussmeier shall appear for deposition at a place and time to be negotiated between the parties, on or before August 15, 2011.

2.      The Sussmeier Defendants shall pay to Summerside the amount of $1,424.24 by August 1, 2011, as full and complete reimbursement for the costs of the May 26, 2011 deposition.

3.      Summerside's response to the motion to dismiss filed by the Sussmeier Defendants shall be due on or before August 15, 2011.

**IT IS SO ORDERED**


Dated:  _____June 28, 2011_____          _____
                                             Hon. Edward J. Davila
                                             Judge, United States District Court

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND DEPOSITION DATE FOR
KATRINA BERG SUSSMEIER, AND PAYMENT OF DEPOSITION COSTS

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067