KENDALL BRILL & KLIEGER LLP
Bert H. Deixler (70614)
Nicholas F Daum (236155)
  *ndaum@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

Attorneys for Plaintiff City of Summerside

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SUMMERSIDE, Prince Edward Island, Canada,<br><br>        Plaintiff,<br><br>        v.<br><br>KATRINA BERG SUSSMEIER, FRANK DILEO, MARK LAMICA, QUINCY KRASHNA, as individuals, STARLINK PRODUCTIONS, LLC, STARLINK PRODUCTIONS, INC.; DLM MANAGEMENT GROUP, INC.; DILEO ENTERTAINMENT & TOURING INC.; DILEO ENTERTAINMENT, INC.; DILEO LAMICA MANAGEMENT GROUP; DLM GROUP<br><br>        Defendants. | Case No. CV11-00338-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DILEO MOTION TO DISMISS**<br><br>Hon. Edward J. Davila<br><br>Crtrm.:   1<br><br>Trial Date:        Not set |

Plaintiff City of Summerside ("Summerside") and Defendants Frank Dileo, Dileo Entertainment & Touring, Inc., and Dileo Entertainment, Inc. ("Dileo Defendants"), through their respective undersigned counsel, hereby stipulate and request entry of an order of the Court as follows:

WHEREAS, on June 16, 2011, Defendant Frank Dileo filed a Motion to Dismiss pursuant to F.R.C.P. 12(b)(6), currently set for hearing on January 6, 2012 ;

WHEREAS, Summerside's opposition to the Motion to Dismiss is currently due to be served and filed on June 30, 2011;

WHEREAS, the Dileo Defendants have agreed that Summerside may respond to the Dileo Defendants' Motion to Dismiss at any time prior to August 1, 2011, and Frank Dileo may file a reply brief at any time by August 15, 2011;

NOW, THEREFORE, the Parties hereby agree and stipulate as follows:

1. Summerside's response to the motion to dismiss filed by Frank Dileo shall be filed and served on or before August 1, 2011;

2. Frank Dileo may file and serve a reply brief on or before August 15, 2011.

Dated:  June 21, 2011          KENDALL BRILL & KLIEGER LLP


By: /s/
Nicholas F. Daum
Attorneys for Defendants Loring Ward,
Inc. and Robert Philpott

85773.1                          1                          CV11-00338-JF
STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DILEO MOTION TO DISMISS

Dated: June __, 2011          THE MOORE LAW TEAM


By: /s/
Nicole V. Economou
Attorneys for Defendants Frank Dileo,
Dileo Entertainment & Touring, Inc., and
Dileo Entertainment, Inc.


# [PROPOSED] ORDER

1. Summerside's response to the motion to dismiss filed by Frank Dileo shall be filed and served on or before August 1, 2011.

2. Frank Dileo may file and serve a reply brief on or before August 15, 2011.

**IT IS SO ORDERED**

Dated:   June 30, 2011

Hon. Edward J. Davila
Judge, United States District Court

85773.1                                    2                              CV11-00338-JF
STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DILEO MOTION TO DISMISS

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067