KENDALL BRILL & KLIEGER LLP
Bert H. Deixler (70614)
Nicholas F Daum (236155)
  *ndaum@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California  90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

Attorneys for Plaintiff City of Summerside

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SUMMERSIDE, Prince Edward Island, Canada,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATRINA BERG SUSSMEIER, FRANK DILEO, MARK LAMICA, QUINCY KRASHNA, as individuals, STARLINK PRODUCTIONS, LLC, STARLINK PRODUCTIONS, INC.; DLM MANAGEMENT GROUP, INC.; DILEO ENTERTAINMENT & TOURING INC.; DILEO ENTERTAINMENT, INC.; DILEO LAMICA MANAGEMENT GROUP; DLM GROUP<br><br>　　　　Defendants. | Case No. CV11-00338-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR MOTION TO DISMISS OF DEFENDANT FRANK DILEO**<br><br>Hon. Edward J. Davila<br><br>Crtrm.:　1<br><br>Trial Date:　　　Not set |

88661.1

CV11-00338-JF

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR MOTION TO DISMISS OF DEFENDANT FRANK DILEO

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

Plaintiff, City of Summerside ("Summerside"), through its undersigned counsel in this action, Kendall Brill and Klieger, L.L.P., and Defendants Frank Dileo, Dileo Entertainment, Inc., and Dileo Entertainment Group – Touring Inc., by and through their undersigned counsel in this action, Oldham Kramer, hereby stipulate to an extension of time until September 1, 2011, within which Summerside shall oppose the Motion to Dismiss filed by Defendant Frank Dileo, and until October 1, 2011, within which Frank Dileo shall file any reply to Summerside's response.

Dated:  August 1, 2011         KENDALL BRILL & KLIEGER LLP
                               By:  /s/
                                    Nicholas F. Daum
                                    Attorneys for Plaintiff City of Summerside

Dated:  August 1, 2011         OLDHAM KRAMER
                               By:  /s/
                                    Matthew W. Oby
                                    Attorneys for Defendants Frank Dileo,
                                    Dileo Entertainment, Inc., and Dileo
                                    Entertainment Group – Touring Inc.

## [~~PROPOSED~~] ORDER

1. Summerside's response to the motion to dismiss filed by Defendant Frank Dileo shall be due on or before September 1, 2011.

2. Any reply to Summerside's response by Defendant Frank Dileo shall be due on or before October 1, 2011.

**IT IS SO ORDERED**

Dated:  August 3, 2011

                                    Hon. Edward J. Davila
                                    Judge, United States District Court

88661.1                         1                         CV11-00338-JF
STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR MOTION TO DISMISS OF DEFENDANT FRANK DILEO