

IT IS SO ORDERED AS MODIFIED
Judge Edward J. Davila

1  KENDALL BRILL & KLIEGER LLP
   Bert H. Deixler (70614)
2  Nicholas F Daum (236155)
     ndaum@kbkfirm.com
3  10100 Santa Monica Blvd., Suite 1725
   Los Angeles, California  90067
4  Telephone: 310.556.2700
   Facsimile:  310.556.2705
5
   Attorneys for Plaintiff City of Summerside
6

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SUMMERSIDE, Prince Edward Island, Canada,<br><br>   Plaintiff,<br><br>   v.<br><br>KATRINA BERG SUSSMEIER, FRANK DILEO, MARK LAMICA, QUINCY KRASHNA, as individuals, STARLINK PRODUCTIONS, LLC, STARLINK PRODUCTIONS, INC.; DLM MANAGEMENT GROUP, INC.; DILEO ENTERTAINMENT & TOURING INC.; DILEO ENTERTAINMENT, INC.; DILEO LAMICA MANAGEMENT GROUP; DLM GROUP<br><br>   Defendants. | Case No. CV11-00338- EJD<br><br>**STIPULATION AND [PROPOSED] ORDER RE HEARING SCHEDULED FOR JANUARY 6, 2012**<br><br>Hon. Edward J. Davila<br><br>Crtrm.:   1<br><br>Trial Date:       Not set |

85773.1                                                                                                                CV11-00338-JF
STIPULATION AND [PROPOSED] ORDER RE HEARING SCHEDULED FOR JANUARY 6, 2012

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1  Plaintiff City of Summerside ("Summerside"), on the one hand, and
2  Defendants Katrina Berg Sussmeier, StarLink Productions LLC, and StarLink
3  Productions, Inc. (the "Sussmeier Defendants") on the other, through their
4  respective undersigned counsel, hereby stipulate and request entry of an order of the
5  Court as follows:
6  WHEREAS, a hearing in this matter is currently scheduled for January 6,
7  2012 ;
8  WHEREAS, Summerside and the Sussmeier Defendants are negotiating and
9  are in the process of finalizing a mutual settlement agreement that resolves, as
10 between the Parties, the above-captioned lawsuit;
11 WHEREAS, the Parties wish to complete their settlement negotiations, and
12 currently anticipate providing the Court with a final settlement agreement and order
13 confirming that agreement shortly;
14 NOW, THEREFORE, the Parties hereby agree and stipulate as follows:
15     1.  The motion by the Sussmeier Defendants scheduled for January
16 6, 2012 (Docket No. 33) shall be taken off calendar.

17 Dated: December 14, 2011          KENDALL BRILL & KLIEGER LLP

19                                  By: /s/
20                                      Nicholas F. Daum
                                        Attorneys for Plaintiff City of Summerside

85773.1                             1                          CV11-00338-JF
STIPULATION AND [PROPOSED] ORDER RE HEARING SCHEDULED FOR JANUARY 6, 2012

| | | |
|---|---|---|
| Dated: December 15, 2011 | | CHRISTOPHERSON LAW OFFICES |

By: /s/ _____
Ian Christopherson
Attorneys for Defendants Katrina Berg Sussmeier, StarLink Productions, LLP and StarLink Productions, Inc.

### [PROPOSED] ORDER

1. The Sussmeier Defendants' motion scheduled for January 6, 2012 (Docket No. 33) shall be taken off calendar. Based on the stipulated representations, the clerk shall terminate Docket Item Nos. 10 and 33. Defendant Dileo's Motion to Dismiss (Docket Item No. 36) and Plaintiff's Motion to Substitute (Docket Item No. 55) remain on calendar for January 6, 2012, unless the court is notified otherwise. **IT IS SO ORDERED.**

Dated: December 19, 2011       _____
Hon. Edward J. Davila
Judge, United States District Court

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

85773.1                                     2                              CV11-00338-JF
STIPULATION AND [PROPOSED] ORDER RE HEARING SCHEDULED FOR JANUARY 6, 2012