1  KENDALL BRILL & KLIEGER LLP
   Bert H. Deixler (70614)
2  Nicholas F Daum (236155)
     *ndaum@kbkfirm.com*
3  10100 Santa Monica Blvd., Suite 1725
   Los Angeles, California 90067
4  Telephone: 310.556.2700
   Facsimile:  310.556.2705
5
   Attorneys for Plaintiff City of Summerside
6



IT IS SO ORDERED AS MODIFIED

Judge Edward J. Davila

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SUMMERSIDE, Prince Edward Island, Canada, | Case No. CV11-00338- EJD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE HEARING SCHEDULED FOR JANUARY 6, 2012** |
| v. | Hon. Edward J. Davila |
| KATRINA BERG SUSSMEIER, FRANK DILEO, MARK LAMICA, QUINCY KRASHNA, as individuals, STARLINK PRODUCTIONS, LLC, STARLINK PRODUCTIONS, INC.; DLM MANAGEMENT GROUP, INC.; DILEO ENTERTAINMENT & TOURING INC.; DILEO ENTERTAINMENT, INC.; DILEO LAMICA MANAGEMENT GROUP; DLM GROUP | Crtrm.:   1 |
| | Trial Date:      Not set |
| Defendants. | |

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

85773.1

CV11-00338-JF

STIPULATION AND [PROPOSED] ORDER RE HEARING SCHEDULED FOR JANUARY 6, 2012

Plaintiff City of Summerside ("Summerside"), on the one hand, and Defendants Katrina Berg Sussmeier, StarLink Productions LLC, and StarLink Productions, Inc. (the "Sussmeier Defendants") on the other, through their respective undersigned counsel, hereby stipulate and request entry of an order of the Court as follows:

WHEREAS, a hearing in this matter is currently scheduled for January 6, 2012 ;

WHEREAS, Summerside and the Sussmeier Defendants are negotiating and are in the process of finalizing a mutual settlement agreement that resolves, as between the Parties, the above-captioned lawsuit;

WHEREAS, the Parties wish to complete their settlement negotiations, and currently anticipate providing the Court with a final settlement agreement and order confirming that agreement shortly;

NOW, THEREFORE, the Parties hereby agree and stipulate as follows:

1. The motion by the Sussmeier Defendants scheduled for January 6, 2012 (Docket No. 33) shall be taken off calendar.

Dated: December 14, 2011          KENDALL BRILL & KLIEGER LLP

By: /s/ _____
Nicholas F. Daum
Attorneys for Plaintiff City of Summerside

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

85773.1                                           1                              CV11-00338-JF
STIPULATION AND [PROPOSED] ORDER RE HEARING SCHEDULED FOR JANUARY 6, 2012

| | |
|---|---|
| Dated:  December 15, 2011 | CHRISTOPHERSON LAW OFFICES |
| | By: /s/ _____<br>Ian Christopherson<br>Attorneys for Defendants Katrina Berg Sussmeier, StarLink Productions, LLP and StarLink Productions, Inc. |

### [PROPOSED] ORDER

1. The Sussmeier Defendants' motion scheduled for January 6, 2012 (Docket No. 33) shall be taken off calendar. Based on the stipulated representations, the clerk shall terminate Docket Item Nos. 10 and 33.  Defendant Dileo's Motion to Dismiss (Docket Item No. 36) and Plaintiff's Motion to Substitute (Docket Item No. 55) remain on calendar for January 6, 2012, unless the court is notified otherwise.
**IT IS SO ORDERED.**

Dated:  December 19, 2011                                    _____
                                                                                       Hon. Edward J. Davila
                                                                                       Judge, United States District Court

85773.1                                                                 2                                                    CV11-00338-JF
STIPULATION AND [PROPOSED] ORDER RE HEARING SCHEDULED FOR JANUARY 6, 2012

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067