IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SUMMERSIDE,<br><br>　　　　　　Plaintiff(s),<br>　v.<br><br>KATRINA BERG SUSSMEIER, et. al.,<br><br>　　　　　　Defendant(s).<br>_____/ | CASE NO. 5:11-cv-00338 EJD<br><br>**ORDER TO SHOW CAUSE** |

On April 19, 2012, the court issued a Case Management Order which scheduled the above-entitled case for a Preliminary Pretrial Conference on September 14, 2012. See Docket Item No. 75. In conjunction with the conference, the parties were ordered to file a Joint Preliminary Pretrial Conference on or before September 4, 2012. See id.

The parties did not comply as directed. Accordingly, the court hereby issues an Order to Show Cause why this action should not be dismissed for failure to prosecute. If Plaintiff does not, **by September 27, 2012**, demonstrate good cause in writing why this case should not be dismissed, the Court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the Court.

The Preliminary Pretrial Conference scheduled for September 14, 2012, is VACATED.

**IT IS SO ORDERED.**

Dated: September 13, 2012

　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　United States District Judge