KENDALL BRILL & KLIEGER LLP
Bert H. Deixler (70614)
Nicholas F. Daum (236155)
  ndaum@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Plaintiff City of Summerside



9/27/2012

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SUMMERSIDE, Prince Edward Island, Canada,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATRINA BERG SUSSMEIER, MARK LAMICA, QUINCY KRASHNA, as individuals, STARLINK PRODUCTIONS, LLC, STARLINK PRODUCTIONS, INC.; DLM MANAGEMENT GROUP, INC.; DILEO ENTERTAINMENT & TOURING INC.; DILEO ENTERTAINMENT, INC.; DILEO LAMICA MANAGEMENT GROUP; DLM GROUP, LINDA DILEO (AS REPRESENTATIVE OF THE ESTATE OF FRANK DILEO)<br><br>　　　　Defendants. | Case No. CV11-00338-EJD<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANTS LINDA DILEO (AS REPRESENTATIVE OF THE ESTATE OF FRANK DILEO), DILEO ENTERTAINMENT AND TOURING, INC., AND DILEO ENTERTAINMENT, INC.**<br><br>Hon. Edward Davila<br><br>Crtrm.: 1 |

106458.1　　　　　　　　　　　　　　1　　　　　　　　　　　CV11-00338-EJD
STIPULATION OF DISMISSAL AS TO DEFENDANTS LINDA DILEO (AS REPRESENTATIVE OF THE ESTATE OF FRANK DILEO), DILEO ENTERTAINMENT AND TOURING, INC., AND DILEO ENTERTAINMENT, INC.

Pursuant Fed. R. Civ. P. 41(a)(1)(A)(ii), and subject to the terms of the parties' Settlement Agreement and Mutual Release, attached hereto as Exhibit A, the parties hereby stipulate, by and through their designated counsel, to a dismissal without prejudice of this action as to Defendants Linda Dileo (as representative of the Estate of Frank Dileo), Dileo Entertainment and Touring, Inc., and Dileo Entertainment, Inc.

Submitted by:

Dated: September 20, 2012     KENDALL BRILL & KLIEGER LLP

By: /s/Nicholas F. Daum
Nicholas F. Daum
Attorneys for Plaintiff City of Summerside

Dated: September 20, 2012     DAY KETTERER LTD.

By: /s/Blake R. Gerney
Blake R. Gerney
Attorneys for Defendants Linda Dileo (as representative of the Estate of Frank Dileo), Dileo Entertainment and Touring, Inc., and Dileo Entertainment, Inc.