IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SUMMERSIDE, | CASE NO. 5:11-cv-00338 EJD |
| Plaintiff(s), | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| KATRINA BERG SUSSMEIER, et. al., | |
| Defendant(s). | |

Having reviewed Plaintiff's response (see Docket Item No. 87), the court finds that Plaintiff has demonstrated sufficient good cause as required. Accordingly, the Order to Show Cause issued September 13, 2012, is DISCHARGED.

Since it appears that clerk will soon enter default against the Defendants that remain this action, the court schedules a hearing on Plaintiff's anticipated Motion for Entry of Default Judgment for **December 7, 2012, at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: October 3, 2012

EDWARD J. DAVILA
United States District Judge