United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SUMMERSIDE,<br><br>  Plaintiff(s),<br>v.<br><br>KATRINA BERG SUSSMEIER, et. al.,<br><br>  Defendant(s).<br>_____/ | CASE NO. 5:11-cv-00338 EJD<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO APPEAR BY TELEPHONE**<br><br>[Docket Item No(s). 92] |

Presently before the court is Defendant Katrina Berg Sussmeier's ("Defendant") Motion to Appear by Telephone at the hearing scheduled for December 7, 2012. See Docket Item No. 92. Having reviewed the relief requested and good cause appearing therefor, Defendant's motion is GRANTED.

The court will contact Defendant at the time of the hearing at (360) 222-2140. Defendant must be available at that telephone number on December 7th from 9:00 a.m. to 12:00 p.m. to receive the call from the court.

**IT IS SO ORDERED.**

Dated: November 20, 2012

EDWARD J. DAVILA
United States District Judge

1