1
2
3
4
5
6
7  IN THE UNITED STATES DISTRICT COURT
8  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  SAN JOSE DIVISION

**United States District Court**
For the Northern District of California

10  CITY OF SUMMERSIDE,                 CASE NO. 5:11-cv-00338 EJD

11                                      **ORDER GRANTING DEFENDANT'S**
                Plaintiff(s),           **MOTION TO APPEAR BY TELEPHONE**
12      v.

13  KATRINA BERG SUSSMEIER, et. al.,    [Docket Item No(s). 92]

14
15  _____/

16      Presently before the court is Defendant Katrina Berg Sussmeier's ("Defendant") Motion to

17  Appear by Telephone at the hearing scheduled for December 7, 2012.  See Docket Item No. 92.

18  Having reviewed the relief requested and good cause appearing therefor, Defendant's motion is

19  GRANTED.

20      The court will contact Defendant at the time of the hearing at (360) 222-2140.  Defendant

21  must be available at that telephone number on December 7th from 9:00 a.m. to 12:00 p.m. to receive

22  the call from the court.

23  **IT IS SO ORDERED.**

24

25  Dated:  November 20, 2012

                                        EDWARD J. DAVILA
26                                      United States District Judge

27

28

1