United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SUMMERSIDE, | CASE NO. 5:11-cv-00338 EJD |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE; STAYING CASE** |
| v. | |
| KATRINA BERG SUSSMEIER, et. al., | |
| Defendant(s). | |

Having reviewed the parties' Case Management Statements (see Docket Item Nos. 102, 107), the court has determined that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for January 18, 2013, is VACATED. The motion to appear by telephone (Docket Item No. 108) is TERMINATED AS MOOT.

The court has further determined that this action is subject to the mandatory stay provisions contained in 11 U.S.C. § 524 due to Defendant Katrina Berg Sussmeier's ("Sussmeier") pending bankruptcy proceeding and the corresponding adversarial action between the parties. Thus, this action is STAYED in favor of those proceedings as to all claims asserted against Sussmeier until further order of the court.

The court schedules this action for a Status Conference on **May 17, 2013, at 10:00 a.m.** On or before **May 10, 2013**, the parties shall file a Joint Status Conference Statement, or separate statements if appropriate, which provides, *inter alia*, an update as to Sussmeier's bankruptcy proceeding and the adversarial proceeding between the parties.

**IT IS SO ORDERED.**

Dated: January 15, 2013

EDWARD J. DAVILA
United States District Judge