IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SUMMERSIDE,<br><br>            Plaintiff(s),<br>v.<br><br>KATRINA BERG SUSSMEIER, et. al.,<br><br>            Defendant(s). | CASE NO. 5:11-cv-00338 EJD<br><br>**ORDER TO SHOW CAUSE** |

On January 15, 2013, the court issued an order staying this action during the pendency of Defendant Katrina Berg Sussmeier's bankruptcy proceedings. See Docket Item No. 111. The court also scheduled this action for a status conference on May 17, 2013, and ordered the parties to "file a Joint Status Conference Statement, or separate statements if appropriate, which provides, *inter alia*, an update as to Sussmeier's bankruptcy proceeding and the adversarial proceeding between the parties" on or before May 10, 2013. Id.

To date, neither Plaintiff nor Sussmeier have complied with the court's order to file a Status Conference Statement. Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiff does not, **by May 17, 2013**, demonstrate good cause in writing why this case should not be dismissed and file a Status Conference Statement pursuant to the previous order, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

In light of this Order to Show Cause, the status conference scheduled for May 17, 2013, is CONTINUED to **May 24, 2013, at 10:00 a.m.**

**IT IS SO ORDERED.**

Dated: May 14, 2013

                                                       EDWARD J. DAVILA
                                                       United States District Judge

CASE NO. 5:11-cv-00338 EJD
ORDER TO SHOW CAUSE