IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SUMMERSIDE, | CASE NO. 5:11-cv-00338 EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| KATRINA BERG SUSSMEIER, et. al., | |
| Defendant(s). | |

On May 21, 2013, the court issued an order requiring Plaintiff City of Summerside ("Plaintiff") to file its Motion for Default Judgment as to Defendants Mark Lamica and Quincy Krashna on or before June 28, 2013. See Docket Item No. 115.

To date, Plaintiff has not filed its Motion for Default Judgment despite the court's instruction. Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiff does not, **by July 12, 2013**, demonstrate good cause in writing why this case should not be dismissed and file its Motion for Default Judgment pursuant to the previous order, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: July 2, 2013

EDWARD J. DAVILA
United States District Judge