IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SUMMERSIDE,<br><br>           Plaintiff(s),<br>    v.<br><br>KATRINA BERG SUSSMEIER, et. al.,<br><br>           Defendant(s). | CASE NO. 5:11-cv-00338 EJD<br><br>**ORDER VACATING STATUS CONFERENCE** |

Since judgment has now been entered against the only remaining defendants to have appeared in this action, the court finds that a Status Conference is unnecessary at this time. Accordingly, the Status Conference scheduled for September 27, 2013, is VACATED. The request by Plaintiff's counsel to appear by telephone (Docket Item No. 124) is TERMINATED AS MOOT.

As noted previously, the clerk has entered the defaults of Defendants Mark Lamica and Quincy Krashna. See Docket Item No. 90. Accordingly, the court schedules a hearing on Plaintiff's anticipated Motion for Entry of Default Judgment as to these Defendants for **November 15, 2013, at 9:00 a.m.** Plaintiff shall file the Motion no later than **October 15, 2013.** Modification of these deadlines will only be permitted through an administrative motion demonstrating good cause for the change.

**IT IS SO ORDERED.**

Dated:  September 23, 2013

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:11-cv-00338 EJD
ORDER VACATING STATUS CONFERENCE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SUMMERSIDE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KATRINA BERG SUSSMEIER, ET AL.<br><br>　　　　　Defendant.<br>_____/ | Case Number: CV11-00338 EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 24, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Katrina Berg Sussmeier
5062 Honeymoon Bay Road
Freeland, WA 98249

Dated: September 24, 2013

　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　　/s/ By: Elizabeth Garcia, Deputy Clerk